IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWIN GOMEZ-SANTOS,  :
   Petitioner  :
     : No. 1:21-cv-00622
v.  :
     : (Judge Kane)
WARDEN OF FCC-ALLENWOOD,  :
   Respondent  :

## ORDER

**AND NOW**, on this 23rd day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania